# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

ADRIAN JENKINS,

    Plaintiff,

v.

SUSAN M. WALKER and
DAVID BIKOFF,

    Defendants.

CIVIL ACTION NO.: CV614-044

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Plaintiff filed Objections. In his Objections, Plaintiff contends that he made an oral motion for a continuance during the hearing on his habeas corpus petition so that he could get copies of the transcripts, but his motion was denied. Plaintiff does not set forth any facts which reveal that it was because he allegedly did not have these transcripts that his motion was denied. In addition, even if this motion had been denied because Plaintiff did not have these transcripts, Plaintiff sets forth no facts which reveal that he suffered an actual injury in his pursuit of his habeas corpus proceedings due to his failure to have copies of his transcripts at the time of his hearing.

AO 72A
(Rev. 8/82)

Plaintiff's Objections are overruled. The Magistrate Judge's Report and Recommendation, as supplemented herein, is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** based on his failure to state a claim upon which relief may be granted. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this /8 day of August, 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA